BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-MC-00005-LJO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $11,425.00 IN U.S. CURRENCY, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and Claimant Saul Huerta Galvan (hereafter "Claimant"), by and through his respective attorney, as follows:

1.  On or about November 6, 2013, Claimant filed a claim, in the administrative forfeiture proceeding, with the United States Drug Enforcement Administration with respect to the approximately $11,425.00 in U.S. Currency (hereafter "currency"), which was seized on or about August 21, 2013.

2.  The United States Drug Enforcement Administration sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Claimant has filed a claim to the currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to April 4, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture shall be extended to April 4, 2014.

Dated: January 27, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: January 27, 2014

By: /s/ Kevin G. Little
KEVIN G. LITTLE
Attorney for Claimant Saul Huerta Galvan
(Original signature retained by attorney)

IT IS SO ORDERED.

Dated: **January 30, 2014**    /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR OBTAINING AN INDICTMENT ALLEGING FORFEITURE

2